AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Raul Rivera Vargas,<br>Patricia Garcia<br><br>*Defendant(s)* | Case No.<br><br>23-MJ-6151-STRAUSS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 7, 2023__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841<br>21 U.S.C. § 846 | Possession with Intent to Distribute Controlled Substance (cocaine)<br>Conspiracy to Possess with Intent to Distribute Controlled Substance |

FILED BY ___AT___ D.C.

**Apr 8, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

Sworn to before me and signed in my presence in accordance to the requirements of Fed R Crim P. 4.1 by Facetime.

Sworn to before me and signed in my presence.

*Complainant's signature*
James M. Head, Special Agent, CGIS
*Printed name and title*

Date: 04/08/2023

*Judge's signature*

City and state: Fort Lauderdale, Florida

JARED M. STRAUSS, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, James Head, having been duly sworn, do hereby depose and state as follows:

1. I am employed as a Special Agent ("SA") with the United States Coast Guard Investigative Services (CGIS) and have been so employed since 2001. I currently serve as a Task Force Officer (TFO) for the Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI") in Fort Lauderdale, Florida where I am assigned to the High Intensity Drug Trafficking Area ("HIDTA") of South Florida. HIDTA is an investigative entity that is comprised of law enforcement officers from various federal, state, and local law enforcement agencies who work together in a cooperative relationship where the primary focus is on narcotics smuggling investigations. I have received training and been assigned to conduct investigations of criminal violations of the United States Code, as enumerated in Titles 14, 18, 19, 21, 22, 31, 46 and various other federal statutes.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is being submitted in support of a Criminal Complaint against Raul RIVERA-VARGAS ("RIVERA-VARGAS") and Patricia GARCIA ("GARCIA"), to establish probable cause to arrest RIVERA-VARGAS and GARCIA, for knowingly and Intentionally Possessing with Intent to Distribute 5 kilograms or more of a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Conspired to Possess with Intent to Distribute 5 kilograms or more of a mixture and substance containing cocaine, in violation of Title 21 United States Code, Section 846. Because this Affidavit sets forth

only those facts that I believe are necessary to establish probable cause, it does not include every fact of which I am aware. However, no information that would tend to negate probable cause has been withheld from this Affidavit.

3.  On or about April 7, 2023, information was received from a confidential source who has provided reliable information in the past. This information led a Broward County Sheriff's Office ("BSO") marked police vehicle and other law enforcement vehicles to conduct surveillance at a location in Broward County, Florida. The surveillance attempted to identify a vehicle with Texas license plates. At or about 8 p.m., law enforcement observed a black Dodge Durango (Texas registration SPK-0780), occupied by a male and a female. The vehicle was followed and observed failing to maintain a single lane on Miramar Parkway and Interstate 75, in Miramar, Broward County, Florida, at that time a vehicular traffic stop was conducted.

4.  During the traffic stop, BSO Deputies made contact with the occupants of the vehicle, GARCIA, who was driving, and RIVERA-VARGAS who was sitting in the backseat. After advising GARCIA she was being stopped for the aforementioned traffic infraction, GARCIA was asked to provide her driver's license and vehicle registration. GARCIA stated RIVERA-VARGAS was her boyfriend of the last five (5) months and they were in town from Fort Worth, Texas to visit RIVERA-VARGAS's cousin, who lives in the area; however, GARCIA did not know the name or address of RIVERA-VARGAS's cousin. According to GARCIA, they left Fort Worth on April 6, 2023, stopping in Pensacola, Florida for breakfast on April 7, 2023, before continuing to South Florida. GARCIA explained RIVERA-VARGAS was sitting in the backseat because they had stopped so RIVERA-VARGAS could use the restroom and upon re-entering the vehicle he got in the back because the front seat contained her personal belongings, it should be noted only GARCIA's purse was in the

front passenger seat. GARCIA voluntarily consented to a search of her vehicle. GARCIA was then asked to exit the vehicle and was separated from RIVERA-VARGAS.

5. According to RIVERA-VARGAS, he has known GARCIA for approximately nine (9) months, and they are not romantically involved. RIVERA-VARGAS stated they were in South Florida on vacation and planned to go sight-seeing in Miami, When RIVERA-VARGAS was told he was not in Miami, he explained they were looking for a hotel; however, he did not know which one and had no reservation. RIVERA-VARGAS explained, the reason he was in the backseat of the vehicle was because they had just dropped off a passenger who was in the front seat, RIVERA-VARGAS did not know the passenger, as she was a friend of GARCIA, nor did he know where she was dropped off.

6. A BSO K-9 handler arrived on the scene with his narcotics detection canine partner "Primus." An open-air sniff was conducted of the vehicle with positive results. GARCIA was told the vehicle would be moved to a safer location, in an effort to conduct a more thorough search.

7. During the search of the vehicle, a brick shaped package was discovered in the lining of a suitcase found in the cargo compartment of the vehicle. The suitcase contained both men's and women's clothing. The package was found to contain a white powdery substance that field tested positive for cocaine. A cooler was also found in the same area as the suitcase. Deputies emptied the contents of the cooler and noticed it was unusually heavy and had screws that had been manipulated. Deputies removed the screws and the ensuing panel revealing four (4) brick shaped packages, which field tested positive for cocaine. At this point RIVERA-VARGAS and GARCIA were taken into custody.

8. Prior to questioning, RIVERA-VARGAS was read his Miranda Rights and did not wish to give any statement.

9. Prior to questioning GARCIA was read her Miranda Rights and freely waived those rights and agreed to answer questions. GARCIA described RIVERA-VARGAS as a friend whom she met in a bar approximately six (6) months ago. She said RIVERA-VARGAS called to ask her to drive to Fort Lauderdale, Florida to deliver a package to a friend. RIVERA-VARGAS promised to pay GARCIA $1,000 for her assistance in delivering the package. GARCIA said that RIVERA-VARGAS came to her house where he took what she suspected to be drugs and placed it in a suitcase. RIVERA-VARGAS taped the drugs to the back of the bottom of the suitcase. He then placed both of their clothing back in the suitcase, covering up the drugs. She described the drugs as being a single brick wrapped in black tape. GARCIA said she knew it was drugs, as she had seen similar drugs packaged like this from watching television. GARCIA stated RIVERA-VARGAS also brought a cooler with them on the trip; however, she was unaware of any narcotics being in it.

10. GARCIA provided the following information: GARCIA and RIVERA-VARGAS arrived at a La Quinta Hotel located in Plantation, Florida. At some point RIVERA-VARGAS received a call from someone who gave him an address in Miramar, Florida. RIVERA-VARGAS got in the back seat of her vehicle as she drove to the address in Miramar. She said that when she got off of Interstate 75 exiting onto Miramar Parkway headed east she knew she had swerved out of her lane while talking to her sister on the cell phone when the Broward Sheriff's Office Deputies pulled her over. GARCIA confirmed that she had granted consent to search her vehicle and to a K9 inspection of her vehicle. GARCIA voluntarily agreed to provide her continued consent to search her vehicle and cell phone and provided access her PIN code to her cell phone.

11. Based on the information and the facts herein, your affiant submits, there is probable cause to believe that Raul RIVERA-VARGAS and Patricia GARCIA did knowingly and intentionally Possess with Intent to Distribute 5 kilograms or more of a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Conspired to Possess with Intent to Distribute 5 kilograms or more of a mixture and substance containing cocaine, in violation of Title 21, United States Code Section 846.

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

_____
James Head
Special Agent
Coast Guard Investigative Services

Sworn to and subscribed before me by FaceTime, this 8th ~~10th~~ day of April 2023.

_____
JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE